JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER, | Case No. 5:23-cv-01625-MCS-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MERCADO DON JUAN 2, INC.; RAFAT HASAN ABDELJABER; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1